VIOLA WASSON, Appellant, *v.* CITY OF ONEONTA, Respondent.

*Wasson* v. *City of Oneonta*, 152 App. Div. 918, affirmed.
(Submitted May 6, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

37

entered November 27, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in failing to keep its streets reasonably safe.

*George L. Bockes* for appellant.

*Owen C. Becker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.